UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 11-CR-5665-L |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT AND ORDER OF DISMISSAL** |
| ALMA ROSA BERUMEN CARRIZOSA, | ) | **OF INDICTMENT** |
| Defendant. | ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the indictment in Case No. 11-CR-5665-L against defendant ALMA ROSA BERUMEN CARRIZOSA be dismissed without prejudice.

IT IS SO ORDERED.

DATED:  February 23, 2012

_____
M. James Lorenz
United States District Court Judge